UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES DOTSON, JR.,<br><br>　　　　Plaintiff,<br>v<br><br>CALVIN UNIVERSITY, READY FOR LIFE, ABIGAIL SOBCZYNSKI, in her individual and official capacity as Graduate Associate and Resident Director and Coordinator of Ready For Life with Calvin University, TONI FALK, in her individual and official capacity as the Program Director of the Ready for Life Academy and Instructor with Calvin University, EMILY PERTON, in her individual and official capacity as Executive Director with Ready for Life and Calvin University, LAUREN HORRAS, in her individual and official capacity as Calvin University Title IX Coordinator Director of Safer Spaces, LUCAS TYRRELL, AMY TYRRELL, and DAVID TYRRELL,<br><br>　　　　Defendants. | Case No. 1:24-cv-01111<br><br>Hon. Jane M. Beckering |

1

## **REQUEST FOR ENTRY OF DEFAULT OF ABIGAIL SOBCZYNSKI**

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against ABIGAIL SOBCZYNSKI for failure to plead or otherwise defend.

## **AFFIDAVIT**

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on October 27, 2024 by Thomas Kassab, process server.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Respectfully submitted,

HEIDI A. TANNER ATTORNEY
AT LAW, PLLC

Dated: November 26, 2024

/s/ Heidi A. Tanner
Heidi A. Tanner (P61953)
Of Counsel for Plaintiff
4701 Charing Ct.
Castle Rock, CO 80109
(248) 672-5478
attyheiditanner@gmail.com