UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES DOTSON, JR.,

    Plaintiff,

v.

CALVIN UNIVERSITY, et al.,

    Defendants.
_____/

Hon. Jane M. Beckering

Case No. 1:24-cv-1111

## **ENTRY OF DEFAULT**

It appearing from the files and records that affidavit for default has been duly filed and that defendant(s) Abigail Sobczynski failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

NOW THEREFORE, on affidavit of counsel for plaintiff(s) and in accordance with the rules of this court, default is hereby entered against defendant(s) Abigail Sobczynski according to Rule 55(a) of the Federal Rules of Civil Procedure.

CLERK OF COURT

/s/ E. Doerr

Date:  November 27, 2024        By: Deputy Clerk