UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES DOTSON, JR.

Plaintiff

v                                    C.A. No. 1:24-cv-01111
                                     Hon. Jane K. Beckering/Mag. Ray Scott

CALVIN UNIVERSITY, READY FOR LIFE,
ABIGAIL SOBCZYNSKI in her individual and
Official capacity as Graduate Associate and
Resident Director and coordinator of Ready for
Life with Calvin University; TONI FALK, in her
Individual and official capacity as the Program
Director of the Ready for Life Academy and
Instructor with Calvin University, EMILY PERTON,
In her individual and official capacity as
Executive Director with Ready for Life and
Calvin University, LAUREN HORRAS, in her
Individual and official capacity as Calvin
University Title IX Coordinator Director of Safer
Spaces, LUCAS TYRRELL, AMY TYRRELL, and
DAVID TYRRELL,

Defendants
_____/

HEATHER JOY ATNIP (P69613)      DONALD C. BROWNELL  (P48848)
ANNA E. WRIGHT (P72611)         VANDEVEER GARZIA, P.C.
ATNIP & ASSOCIATES, PLLC        Attorney for Defendants Calivn
Attorneys for Plaintiff         University, Abigail Sobczynski and
400 Water Street, Ste. 205      Lauren Horras
Rochester, MI  48307            840 W. Long Lake Rd., Ste. 600
(248) 599-1607                  Troy, MI  48098-6340
anna@atniplawyers.com           (248) 312-2800 / Fax (248) 879-0042
heather@atniplawyers.com        dbrownell@vgpclaw.com

| | |
|---|---|
| HEIDI A. TANNER (P61953)<br>Of Counsel for Plaintiff<br>4701 Charing Ct<br>Castle Rock, CO 80109<br>(248) 672-5478<br>attyheiditanner@gmail.com | MARK J. ZAUSMER (P31721)<br>CAMERON R. GETTO (P57300)<br>Attorney for Ready for Life, Tony Falk and Emily Perton<br>ZAUSMER, P.C.<br>32255 Northwestern Highway, Suite 225<br>Farmington Hills, MI 48334-1530<br>(248) 851-4111; Fax (248) 851-0100<br>mzausmer@zausmer.com<br>cgetto@zausmer.com |

_____/

## STIPULATION TO SET ASIDE THE DEFAULT ENTERED AS TO ABIGAIL SOBCZYNSKI ENTERED ON NOVEMBER 27, 2024

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that the Default entered as to Defendant Abigail Sobczynski in this matter be set aside and the Defendant Abigail Sobczynski shall be allowed to file responsive pleadings on or before December 15, 2024.

| | |
|---|---|
| __/s/ Heather Joy Atnip_____ | __/s/ Donald C. Brownell_____ |
| HEATHER JOY ATNIP (P69613)<br>ANNA E. WRIGHT (P72611)<br>ATNIP & ASSOCIATES, PLLC<br>Attorneys for Plaintiff<br>400 Water Street, Ste. 205<br>Rochester, MI 48307<br>(248) 599-1607<br>anna@atniplawyers.com<br>heather@atniplawyers.com | DONALD C. BROWNELL  (P48848)<br>VANDEVEER GARZIA, P.C.<br>Attorney for Defendants Calivn University, Abigail Sobczynski and Lauren Horras<br>840 W. Long Lake Rd., Ste. 600<br>Troy, MI 48098-6340<br>(248) 312-2800 / Fax (248) 879-0042<br>dbrownell@vgpclaw.com |

_____

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES DOTSON, JR.

Plaintiff

v                                           C.A. No. 1:24-cv-01111
                                            Hon. Jane K. Beckering/Mag. Ray Scott

CALVIN UNIVERSITY, READY FOR LIFE,
ABIGAIL SOBCZYNSKI in her individual and
Official capacity as Graduate Associate and
Resident Director and coordinator of Ready for
Life with Calvin University; TONI FALK, in her
Individual and official capacity as the Program
Director of the Ready for Life Academy and
Instructor with Calvin University, EMILY PERTON,
In her individual and official capacity as
Executive Director with Ready for Life and
Calvin University, LAUREN HORRAS, in her
Individual and official capacity as Calvin
University Title IX Coordinator Director of Safer
Spaces, LUCAS TYRRELL, AMY TYRRELL, and
DAVID TYRRELL,

Defendants
_____/

| HEATHER JOY ATNIP (P69613) | DONALD C. BROWNELL (P48848) |
| ANNA E. WRIGHT (P72611) | VANDEVEER GARZIA, P.C. |
| ATNIP & ASSOCIATES, PLLC | Attorney for Defendants Calivn University, Abigail Sobczynski and Lauren Horras |
| Attorneys for Plaintiff | |
| 400 Water Street, Ste. 205 | 840 W. Long Lake Rd., Ste. 600 |
| Rochester, MI  48307 | Troy, MI  48098-6340 |
| (248) 599-1607 | (248) 312-2800 / Fax (248) 879-0042 |
| anna@atniplawyers.com | dbrownell@vgpclaw.com |
| heather@atniplawyers.com | |

3

| | |
|---|---|
| HEIDI A. TANNER (P61953)<br>Of Counsel for Plaintiff<br>4701 Charing Ct<br>Castle Rock, CO  80109<br>(248) 672-5478<br>attyheiditanner@gmail.com | MARK J. ZAUSMER (P31721)<br>CAMERON R. GETTO (P57300)<br>Attorney for Ready for Life, Tony Falk and Emily Perton<br>ZAUSMER, P.C.<br>32255 Northwestern Highway, Suite 225<br>Farmington Hills, MI 48334-1530<br>(248) 851-4111; Fax (248) 851-0100<br>mzausmer@zausmer.com<br>cgetto@zausmer.com |

_____/

### ORDER TO SET ASIDE THE DEFAULT ENTERED AS TO ABIGAIL SOBCZYNSKI

At a session of said Court held in the Courthouse, Grand Rapids, Michigan on _____

PRESENT:  HONORABLE: _____
           U. S. District Court Judge

In accordance with the above Stipulation;

IT IS HEREBY ORDERED that the Default entered as to Defendant Abigail Sobczynski in this matter be set aside and the Defendant Abigail Sobczynski shall be allowed to file responsive pleadings on or before December 15, 2024.

_____
U.S. District  Court Judge