UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES DOTSON, JR,

        Plaintiff,                             Case No. 1:24–cv–01111–JMB–RSK

v.                                       Hon. Jane M. Beckering

CALVIN UNIVERSITY, et al.,

        Defendants.
_____/

## **ORDER**

       This matter is before the Court on Plaintiff and Defendant Abigail Sobczynski's Stipulation to set aside the default (ECF No. 16). The Court having reviewed the filing: IT IS HEREBY ORDERED that the Stipulation to set aside the default (ECF No. 16) is GRANTED. The Default entered as to Defendant Abigail Sobczynski (ECF No. 15) is SET ASIDE. IT IS FURTHER ORDERED that Defendant Abigail Sobczynski shall file a responsive pleading to the Complaint on or before December 15, 2024.

       IT IS SO ORDERED.

Dated:  December 3, 2024                               /s/ Jane M. Beckering
                                                                   JANE M. BECKERING
                                                                   United States District Judge