UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES DOTSON, JR.,

    Plaintiff,

v.

CALVIN UNIVERSITY, et al.,

    Defendants.
_____/

Case No. 1:24-cv-1111

HON. JANE M. BECKERING

## ORDER

Pending before the Court is Defendants' Motion to Dismiss (ECF No. 19).  On December 27, 2024, Plaintiff filed an Amended Complaint (ECF No. 24), as corrected on December 31, 2024 (ECF No. 25).  Because the Amended Complaint supersedes Plaintiff's earlier Complaint, *see In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013), Defendants' motion to dismiss the earlier Complaint is moot.  Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (ECF No. 19) is DISMISSED as moot.

Dated: January 6, 2025

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge