**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION**

CHARLES DOTSON, JR.,

    Plaintiffs,

v.

CALVIN UNIVERSITY, READY FOR LIFE, ABIGAIL SOBCZYNSKI, in her individual and official capacity as Graduate Associate and Resident Director and Coordinator of Ready For Life with Calvin University, TONI FALK, in her individual and official capacity as the Program Director of the Ready for Life Academy and Instructor with Calvin University, EMILY PERTON, in her individual and official capacity as Executive Director with Ready for Life and Calvin University, LAUREN HORRAS, in her individual and official capacity as Calvin University Title IX Coordinator Director of Safer Spaces, LUKE TYRRELL, AMY TYRRELL, and DAVID TYRRELL,

    Defendants.

Case No. 1:24-cv-01111-JMB-RSK
Hon. Jane M. Beckering

---

**STIPULATED ORDER FOR SUBSTITUTION OF COUNSEL**
**FOR DEFENDANTS LUKE TYRRELL, AMY TYRRELL, AND DAVID TYRRELL**

This Court, having reviewed the undersigned stipulations, and being otherwise advised in the premises:

IT IS HEREBY ORDERED that Sarah J. Brutman and Randi M. Davis of McDonald Baas & Livingston PLLC be substituted in as counsel for defendants Luke Tyrrell, Amy Tyrrell, and David Tyrrell in place of Thomas Van Dusen, John David Gardiner, and Cameron D. Ritsema of Bodman PLC.

                                                      _____
                                                      Hon. Jane M. Beckering

Dated: _____

STIPULATED TO IN SUBSTANCE AND FORM:

| | |
|---|---|
| BODMAN PLC | MCDONALD BAAS & LIVINGSTON PLLC |
| By: /s/ *Cameron D. Ritsema* <br> Thomas Van Dusen (P30602) <br> John D. Gardiner (P72641) <br> Cameron D. Ritsema (P86887) <br> 99 Monroe Ave. NW, Suite 300 <br> Grand Rapids, MI 49503 <br> (616) 205-4330 <br> tvandusen@bodmanlaw.com <br> jgardiner@bodmanlaw.com <br> critsema@bodmanlaw.com <br> Attorneys for Defendants Luke Tyrrell, Amy Tyrrell and David Tyrrell | By: /s/ *Randi M. Davis* (with permission) <br> Sarah J. Brutman (P66921) <br> Randi M. Davis (P77531) <br> 2600 W. Big Beaver, Ste. 105 <br> Troy, Michigan 48084 <br> (248) 970-8484 <br> Randi.davis@mblfirm.com <br> sarah.brutman@mblfirm.com <br> Attorneys for Defendants Luke Tyrrell, Amy Tyrrell and David Tyrrell |