UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES DOTSON, JR.,

    Plaintiff,

v.

CALVIN UNIVERSITY, et al.,

    Defendants.

_____/

Case No. 1:24-cv-1111

HON. JANE M. BECKERING

## ORDER

This matter is before the Court on the stipulation for substitution of counsel (ECF No. 31), seeking to substitute McDonald Baas & Livingston PLLC in place of Bodman PLC as counsel for Defendants Luke Tyrrell, Amy Tyrrell, and David Tyrrell. The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the stipulation for substitution of counsel (ECF No. 31) is GRANTED. McDonald Baas & Livingston PLLC is substituted in place of Bodman PLC as counsel for Defendants Luke Tyrrell, Amy Tyrrell, and David Tyrrell.

Dated: January 30, 2025

   /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge