IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES DOTSON, JR.<br><br>    Plaintiff,<br>v<br><br>CALVIN UNIVERSITY, READY FOR LIFE, ABIGAIL SOBCZYNSKI, in her individual and official capacity as Graduate Associate and Resident Director and Coordinator or Ready for Life with Calvin University, TONI FALK, in her individual and official capacity as the Program Director of the Ready for Life Academy and Instructor with Calvin University, EMILY PERTON, in her individual and official capacity as Executive Director with Ready for Life and Calvin University, LAUREN HORRAS, in her individual and official capacity as Calvin University Title IX Coordinator Director of Safer Spaces, LUCAS TYRRELL, AMY TYRRELL, and DAVID TYRRELL,<br><br>    Defendants. | Case No.: 1:24-cv-01111-JMB-RSK<br>District Judge: Jane M. Beckering<br>Magistrate Judge: Ray Kent<br><br>**STIPULATED ORDER TO CORRECT TYPOGRAPHICAL ERRORS IN DEFENDANTS READY FOR LIFE, TONI FALK, AND EMILY PERTON'S ANSWER TO PLAINTIFF'S CORRECTED AMENDED COMPLAINT [ECF 27]** |

ANNA EVE WRIGHT (P72611)
Atnip & Associates, PLLC
Attorney for Plaintiff
400 Water St., Suite 205
Rochester, MI 48307
(248) 266-3847 Fax: (248) 674-4774
Email: anna@atniplawyers.com

HEIDI A. TANNER (P61953)
Heidi A. Tanner, Atty at Law, PLLC
Of Counsel for Plaintiff
4701 Charing Ct.
Castle Rock, CO 80109
(248) 672-5478
Email: attyheiditanner@gmail.com

MARK J. ZAUSMER (P31721)
CAMERON R. GETTO (P57300)
CAITLIN E. MALHIOT (P76606)
Zausmer, P.C.
Attorneys for Defendants Ready for Life,
Toni Falk, and Emily Perton
32255 Northwestern Hwy., Suite 225
Farmington Hills, MI 48334
(248) 851-4111 Fax: (248) 851-0100
Email: mzausmer@zausmer.com
Email: cgetto@zausmer.com
Email: cmalhiot@zausmer.com

| | |
|---|---|
| SARAH J. BRUTMAN (P66921) | DONALD C. BROWNELL (P48848) |
| RANDI DAVIS (P77531) | MICHAELENE E. SOWINSKI (P72623) |
| McDonald Baas & Livingston, PLLC | Vanderveer Garzia, P.C. |
| Attorneys for Defendants Tyrrell | Attorneys for Defendants Calvin University, |
| 2600 West Big Beaver, Suite 105 | Abigail Sobczynski, Lauren Horras |
| Troy, MI 48084 | 840 W. Long Lake Rd., Suite 600 |
| Email: sarah.brutman@mblfirm.com | Troy, MI 48098-6340 |
| Email: randi.davis@mclfirm.com | (248) 312-2800 Fax: (248) 879-0042 |
| | Email: dbrownell@vpgclaw.com |

### STIPULATED ORDER TO CORRECT TYPOGRAPHICAL ERRORS IN DEFENDANTS READY FOR LIFE, TONI FALK, AND EMILY PERTON'S ANSWER TO PLAINTIFF'S CORRECTED AMENDED COMPLAINT [ECF 27]

This matter having come before the Court by stipulation of the parties, the parties having reached a resolution of this matter, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendants Ready for Life, Toni Falk, and Emily Perton, be allowed to file an Amended Answer to Plaintiff's Corrected Amended Complaint and Affirmative Defenses *due to a typographical error of the spelling of Defendant Falk's first name* for the following reasons:

- There were no substantive incorrect answers in Defendants' Ready for Life, Toni Falk, and Emily Perton's Amended Answer to Plaintiff's Corrected Amended Complaint [ECF 27], other than typographical errors of Defendant Falk's first name found in the following pages:

    - Attorney Caption [ECF 27, Page 1]
    - Pleading Heading of Defendants' Answer [ECF 27, Page 2)
    - Signature Page [ECF 27, Page 114]
    - Pleading Heading of Affirmative Defenses [ECF 27, Page 115]
    - Signature Page [ECF 27, Page 118]
    - Pleading Heading of Reliance on Jury Demand and Signature page [ECF 27, Page 119]
    - Pleading Heading of Certificate of Service and Signature page [ECF, Page 120]

IT IS SO ORDERED.

Dated:

                              JANE M. BECKERING
                              UNITED STATES DISTRICT JUDGE

I hereby stipulate to entry of the above Order:

/s/ Anna E. Wright (w/consent 2/28/2025)
ANNA E. WRIGHT (P72611)
Attorney for Plaintiff

/s/ Cameron R. Getto
CAMERON R. GETTO (P57300)
Attorney for Defendants Ready for
Life, Toni Falk, and Emily Perton

/s/ Michaelene E. Sowinski (w/consent 3/3/25)
DONALD BROWNELL (P48848)
MICHAELENE E. SOWINSKI (P72623)
Attorneys for Defendants Calvin University,
Abigail Sobczynski, and Lauren Horras

/s/ Sarah J. Brutman (w/consent 2/28/25)
SARAH J. BRUTMAN (P66921)
RANDI DAVIS (P77531)
Attorneys for Defendants Tyrell