UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES DOTSON, JR.,

    Plaintiff,

v.

CALVIN UNIVERSITY, et al.,

    Defendants.

_____/

Case No. 1:24-cv-1111

HON. JANE M. BECKERING

**ORDER**

This matter is before the Court on the parties' proposed stipulated order (ECF No. 38), purportedly seeking to correct typographical errors in Defendants Ready for Life, Toni Falk, and Emily Perton's Answer to the corrected amended complaint (ECF No. 27). The Court having reviewed the filings:

**IT IS HEREBY ORDERED** that the proposed stipulated order (ECF No. 38) is GRANTED to the extent that all references to "Tony Falk" in Defendants Ready for Life, Toni Falk, and Emily Perton's previous filing (ECF No. 27) are corrected to "Toni Falk."

**IT IS FURTHER ORDERED** that in the event Defendants Ready for Life, Toni Falk, and Emily Perton seek additional amendment to their previous filing (ECF No. 27), they must move for such relief and comply with W.D. Mich. LCivR 5.7(f), which requires the proposed document to be attached to the request seeking leave to file.

Dated: March 4, 2025

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge