UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES DOTSON, JR., | Case No: 1-24-cv-01111-JMB-RSK |
| Plaintiff, | HON. JANE M. BECKERING |
| v | |
| CALVIN UNIVERSITY, READY FOR LIFE, ABIGAIL SOBCZYNSKI, in her individual and official capacity as Graduate Associate and Resident Director and Coordinator of Ready For Life with Calvin University, TONI FALK, in her individual and official capacity as the Program Director of the Ready for Life Academy and Instructor with Calvin University, EMILY PERTON, in her individual and official capacity as Executive Director with Ready for Life and Calvin University, LAUREN HORRAS, in her individual and official capacity as Calvin University Title IX Coordinator Director of Safer Spaces, LUKE TYRRELL, AMY TYRRELL, and DAVID TYRRELL, | |
| Defendants. | |

1

## STIPULATED ORDER NAMING THOMAS R. BEHM AS FACILITATIVE MEDIATOR

This matter having come before this Honorable Court by stipulation of the parties; the parties having determined that they would like to participate in non-binding facilitation, and this Honorable Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Thomas R. Behm of Gruel Mills Nims & Pylman PLLC be named the Facilitative Mediator in the above-captioned matter with Alternative Dispute Resolution to take place on or before March 27, 2026.

_____
Hon. Jane M. Beckering

Dated: _____

STIPULATED TO IN SUBSTANCE AND FORM:

| HEIDI A. TANNER, ATTY AT LAW, PLLC | ATNIP & ASSOCIATES, PLLC |
|---|---|
| */s/ Heidi A. Tanner (with consent)* <br> Heidi A. Tanner (P61953) <br> Of Counsel for Plaintiff <br> 4701 Charing Ct. <br> Castle Rock, Colorado 80109 <br> 248-672-5478 <br> attyheiditanner@gmail.com | */s/ Anna E. Wright* <br> Anne E. Wright (P72611) <br> Attorneys for Plaintiff <br> 400 Water Street, Suite 205 <br> Rochester, Michigan 48307 <br> 248-599-1607 <br> anna@atniplawyers.com |

MCDONALD BASS & LIVINGSTON P.L.L.C.

*/s/ Sarah J. Brutman (with consent)*
Sarah J. Brutman (P66921)
Attorney for Defendants Luke Tyrrell, Amy Tyrrell, and David Tyrrell
2600 W. Big Beaver, Suite 105
Troy, Michigan 48084
248-970-8484 x 1091
Sarah.Brutman@mblfirm.com


ZAUSMER, P.C.

*/s/ Cameron R. Getto (with consent)*
Cameron R. Getto (P57300)
Attorney for Defendants Ready for Life, Toni Falk, and Emily Perton
32255 Northwestern Highway, Suite 225
Farmington Hills, Michigan 48334-1530
248-851-4111
CGetto@zausmer.com

VANDEVEER GARZIA

*/s/Michaelene E. Sowinski (with consent)*
Donald C. Brownell (P48848)
Michaelene E. Sowinski (P72623)
University, Abigail Sobcyznski and Lauren Horras
840 W. Long Lake Rd., Suite 600
Troy, Michigan 48098
248-312-2919
msowinski@vgpclaw.com