**INDEX OF EXHIBITS**

Exhibit 1 – Plaintiff's Discovery Responses