UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES DOTSON, JR.

Plaintiff

v                                                          C.A. No. 1:24-cv-01111
                                                           Hon. Jane K. Beckering/Mag. Ray Scott

CALVIN UNIVERSITY, READY FOR LIFE,
ABIGAIL SOBCZYNSKI in her individual and
Official capacity as Graduate Associate and
Resident Director and coordinator of Ready for
Life with Calvin University; TONI FALK, in her
Individual and official capacity as the Program
Director of the Ready for Life Academy and
Instructor with Calvin University, EMILY PERTON,
In her individual and official capacity as
Executive Director with Ready for Life and
Calvin University, LAUREN HORRAS, in her
Individual and official capacity as Calvin
University Title IX Coordinator Director of Safer
Spaces, LUCAS TYRRELL, AMY TYRRELL, and
DAVID TYRRELL,

Defendants

_____/

ANNA E. WRIGHT (P72611)                  DONALD C. BROWNELL  (P48848)
ATNIP & ASSOCIATES, PLLC                 MICHAELENE E. SOWINSKI (P72623)
Attorneys for Plaintiff                  VANDEVEER GARZIA, P.C.
400 Water Street, Ste. 205               Attorney for Defs Calvin University, Abigail
Rochester, MI  48307                     Sobczynski and Lauren Horras
(248) 599-1607                           840 W. Long Lake Rd., Ste. 600
anna@atniplawyers.com                    Troy, MI  48098-6340
                                         (248) 312-2800 / Fax (248) 879-0042
                                         dbrownell@vgpclaw.com
                                         msowinski@vgpclaw.com

HEIDI A. TANNER (P61953)
Of Counsel for Plaintiff
4701 Charing Ct
Castle Rock, CO  80109
(248) 672-5478
attyheiditanner@gmail.com

MARK J. ZAUSMER (P31721)
CAMERON R. GETTO (P57300)
CAITLIN ELIZABETH MALHIOT (P76606)
Attorney for Defs Ready for Life, Tony Falk
and Emily Perton
ZAUSMER, P.C.
32255 Northwestern Highway, Suite 225
Farmington Hills, MI 48334-1530
(248) 851-4111; Fax (248) 851-0100
mzausmer@zausmer.com
cgetto@zausmer.com

SARAH J. BRUTMAN (P66921)
McDonald Baas & Livingston, PLLC
Attorney for Defs Tyrell
2600 W Big Beaver Rd.
Suite 105
Troy, MI 48084-4781
(248) 970-8484
sarah.brutman@MBLfirm.com

RANDI MARIE DAVIS (P77531)
McDonald, Bass Livingston PLLC
Attorney for Defs Tyrell
2600 W. Big Beaver
Suite 105
Troy, MI 48084-4781
(248) 970-8484
randi.davis@MBLfirm.com

_____/

VANDEVEER GARZIA, P.C.

## **STIPULATED ORDER TO ALLOW MEDIA FILE UPLOAD**

This matter having come before this Honorable Court by stipulation of the parties; the parties having agreed that the Court in determining Defendants' Motion to Dismiss may consider the following recordings from the Grand Rapids Police Department:

- Lukas Tyrrell Interview Video (Video)
- Body Camera of Initial Interview with Charles Dotson and his parents (Video)
- Audio of interview with Charles Dotson, Jr.'s parents and audio of the forensic interview of Charles Dotson, Jr. (Audio)

**IT IS HEREBY ORDERED** that the above referenced recordings may

be considered in the Court's determination of Defendants' Motion to Dismiss

and will be uploaded via the Media File Upload portal in the CM/ECF system.

 

 

_____

Hon. Jane M. Beckering

Dated: _____

STIPULATED TO IN SUBSTANCE AND FORM:

HEIDI A. TANNER, ATTY AT LAW, PLLC

*/s/ Heidi A. Tanner (w/ permission)*
Heidi A. Tanner (P61953)
Of Counsel for Plaintiff
4701 Charing Ct.
Castle Rock, Colorado 80109
248-672-5478
attyheiditanner@gmail.com

ATNIP & ASSOCIATES, PLLC

*/s/ Anna E. Wright (w/ permission)*
Anne E. Wright (P72611)
Attorneys for Plaintiff
400 Water Street, Suite 205
Rochester, Michigan 48307
248-599-1607
anna@atniplawyers.com

MCDONALD BASS & LIVINGSTON
P.L.L.C.

*/s/ Sarah J. Brutman (w/ permission)*
Sarah J. Brutman (P66921)
Attorney for Defendants Luke Tyrrell,
Amy Tyrrell, and David Tyrrell
2600 W. Big Beaver, Suite 105
Troy, Michigan 48084

VANDEVEER GARZIA

*/s/ Donald C. Brownell*
Donald C. Brownell (P48848)
Michaelene   E.   Sowinski
(P72623)
University, Abigail Sobcyznski
and
Lauren Horras

3

248-970-8484 x 1091
Sarah.Brutman@mblfirm.com

840 W. Long Lake Rd., Suite 600
Troy, Michigan 48098
248-312-2919
msowinski@vgpclaw.com

ZAUSMER, P.C.

*/s/ Cameron R. Getto (w/ permission)*
Cameron R. Getto (P57300)
Attorney for Defendants Ready for Life,
Toni Falk, and Emily Perton
32255 Northwestern Highway, Suite 225
Farmington Hills, Michigan 48334-1530
248-851-4111
CGetto@zausmer.com

VANDEVEER GARZIA, P.C.