UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES DOTSON, JR,

    Plaintiff,   Case No. 1:24−cv−01111−JMB−RSK

v.   Hon. Jane M. Beckering

CALVIN UNIVERSITY, et al.,

    Defendants.
_____/

## ORDER

    Pending before the Court is the parties' proposed stipulated order (ECF No. 64), seeking to permit the Court to consider certain recordings in determining the pending motion to dismiss. The Court having reviewed the filing: IT IS HEREBY ORDERED that the proposed stipulated order (ECF No. 64) is GRANTED to the extent that the Court may consider the recordings set forth in the proposed stipulated order in determining the motion to dismiss. The parties shall immediately file the recordings with the Clerk of Court.

    IT IS SO ORDERED.

Dated:  July 8, 2025       /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge