IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES DOTSON, JR.

      Plaintiff,

v

CALVIN UNIVERSITY, READY FOR LIFE, ABIGAIL SOBCZYNSKI, in her CALVIN UNIVERSITY, READY FOR LIFE, ABIGAIL SOBCZYNSKI, in her individual and official capacity as Graduate Associate and Resident Director and Coordinator or Ready for Life with Calvin University, TONI FALK, in her individual and official capacity as the Program Director of the Ready for Life Academy and Instructor with Calvin University, EMILY PERTON, in her individual and official capacity as Executive Director with Ready for Life and Calvin University, LAUREN HORRAS, in her individual and official capacity as Calvin University Title IX Coordinator Director of Safer Spaces, AMY TYRRELL, individually and as Legal Guardian of LUKAS TYRRELL, an incapacitated individual, and DAVID TYRRELL,

      Defendants.

Case No.: 1:24-cv-01111-JMB-RSK
District Judge: Jane M. Beckering
Magistrate Judge: Ray Kent

**STIPULATED PROTECTIVE ORDER**

ANNA EVE WRIGHT (P72611)
Atnip & Associates, PLLC
Attorney for Plaintiff
400 Water St., Suite 205
Rochester, MI 48307
(248) 266-3847 Fax: (248) 674-4774
Email: anna@atniplawyers.com

HEIDI A. TANNER (P61953)
Heidi A. Tanner, Atty at Law, PLLC
Of Counsel for Plaintiff
4701 Charing Ct.
Castle Rock, CO 80109
(248) 672-5478
Email: attyheiditanner@gmail.com

MARK J. ZAUSMER (P31721)
CAMERON R. GETTO (P57300)
CAITLIN E. MALHIOT (P76606)
Zausmer, P.C.
Attorneys for Defendants Ready for Life, Toni Falk, and Emily Perton
32255 Northwestern Hwy., Suite 225
Farmington Hills, MI 48334
(248) 851-4111 Fax: (248) 851-0100
Email: mzausmer@zausmer.com
Email: cgetto@zausmer.com
Email: cmalhiot@zausmer.com

SARAH J. BRUTMAN (P66921)  
RANDI DAVIS (P77531)  
McDonald Baas & Livingston, PLLC  
Attorneys for Defendants Tyrrell  
2600 West Big Beaver, Suite 105  
Troy, MI 48084  
Email: sarah.brutman@mblfirm.com  
Email: randi.davis@mclfirm.com  

DONALD C. BROWNELL (P48848)  
SAJID M. ISLAM (P81829)  
Vanderveer Garzia, P.C.  
Attorneys for Defendants Calvin University, Abigail Sobczynski, Lauren Horras  
840 W. Long Lake Rd., Suite 600  
Troy, MI 48098-6340  
(248) 312-2800 Fax: (248) 879-0042  
Email: dbrownell@vgpclaw.com  
Email: sislam@vgpclaw.com  

## STIPULATED PROTECTIVE ORDER

The parties' request for a protective order governing access to Plaintiff's phone and downloading and preserving data therefrom is granted as follows:

1.  Plaintiff and/or his attorney shall maintain possession of the phone at all times. During the download, Plaintiff and/or his counsel may be present.

2.  SuperiorX Investigations may power the phone up, put it in airplane mode, and download any and all data from the phone in a non-destructive manner. If the download requires taking the phone out of airplane mode, the parties shall discuss and attempt to address the issue. If discussion does not resolve the issue, the parties shall request this court address it.

3.  At the conclusion of the download process, the phone shall be powered down and returned to Plaintiff or his counsel.

4.  SuperiorX Investigations shall separate and sequester the data and withhold it from the parties pursuant to the following terms:

    a. Plaintiff's counsel shall submit a search protocol to SuperiorX Investigations at the time of the download that is calculated to identify emails, text messages and/or other communications that are potentially protected by attorney-client privilege. The search protocol should contain specific names, email addresses, phone numbers and/or other information calculated to identify confidential

communications between Plaintiff and his attorneys. The search protocol shall be made available to defense counsel.

b. SuperiorX Investigations shall use the search protocol submitted by Plaintiff's counsel to excerpt the data flagged in the search and provide that data only to Plaintiff's counsel.

c. In addition to the data subject to the above search protocol, all data on the phone pre-dating May 20, 2022 shall be excerpted from the download and provided to Plaintiff's counsel.

d. All of the remaining data shall be provided to both Plaintiff's counsel and all defense counsel.

5. All of the data obtained from the phone shall be considered confidential. Confidential information and/or data is subject to the following restrictions:

a. Confidential information shall not be disclosed publicly.

b. Access to confidential information is limited to the attorneys involved in the case, legal staff at their offices, lay and expert witnesses involved in the case, and persons participating in depositions in this case.

c. Persons afforded access to confidential data shall be notified that the data is confidential and not to be used or disclosed except according to the terms of this protective order.

d. Confidential information shall not be filed with the court in a manner that affords the public access to the confidential information.

e. If confidential information is used during a deposition in this case, a second, confidential record shall be created when discussing or using confidential

3

      information, and the second, confidential record shall be considered confidential and subject to the protections set forth in this protective order.

      f.    The parties may agree in writing to remove the confidential designation from some or all of the data and information in the download and/or depositions subject to this order.

      g.    If there is a disagreement regarding whether confidential information should remain confidential, the parties may bring the matter before the court in a manner calculated to preserve confidentiality pending a ruling by the court.

6.    Documents and material exchanged in the ordinary course of discovery shall not be rendered confidential merely because the documents and/or material is duplicated in some form on the phone or in the data on the phone.

7.    This protective order shall survive the ultimate disposition of the case. Following dismissal of this matter, all confidential data, documents and material from the phone shall be destroyed.

Dated: October 30, 2025

/s/ Ray Kent
RAY KENT
UNITED STATES MAGISTRATE JUDGE

I hereby agree to stipulate to entry of the above Order:

/s/ *Heidi A. Tanner (w/consent 10/29/25*
ANNA E. WRIGHT (P72611)
HEIDI A. TANNER (P61953)
Attorneys for Plaintiff

/s/ *Cameron R. Getto*
CAMERON R. GETTO (P57300)
Attorney for Defendants Ready for Life, Toni Falk, and Emily Perton

/s/ *Sajid M. Islam (w/consent 10/29/25)*
DONALD BROWNELL (P48848)
SAJID M. ISLAM (P81829)
Attorneys for Defendants Calvin University, Abigail Sobczynski, and Lauren Horra

/s/ *Sarah J. Brutman (w/consent 10/29/25)*
SARAH J. BRUTMAN (P66921)
RANDI DAVIS (P77531)
Attorneys for Defendants Tyrell

4

10852102.5